MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
AASIR AZZARMI,

        Plaintiff,

    -against-

DONALD NEUBAUER, COVENTBRIDGE
GROUP (USA), DN PRIVATE
CONSULTING, INC., DOES 1-10

        Defendants.
-------------------------------------------------------------------------------X

**DOCKET NO.: 1.20-cv-09155-LLS**

**<u>NOTICE OF MOTION</u>**

**PLEASE TAKE NOTICE** that upon the annexed affidavit of DEBORAH DEL SORDO, ESQ., sworn to on the 5th day of August, 2021 and upon the exhibits attached thereto and upon the exhibits attached thereto, as well as the accompanying Memorandum of Law in support of this motion, and the pleadings herein, defendant **DONALD NEUBAUER [hereinafter "NEUBAUER"] and COVENTBRIDGE GROUP (USA) Inc., [hereinafter "COVENTBRIDGE"]**, will move this Court at **10:00 a.m.,** on the **1ˢᵗ day of October, 2021**, before Judge Kenneth Karas, at the United States District Court for the Southern District of New York in courtroom 6C South, located at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Fed. R. Civ. P. 12(b)(c) and 8, dismissing the amended complaint together with such other and further relief this honorable court may deem just and appropriate under the circumstances.

    **I declare under penalty or perjury that the forgoing is true and correct.**

Dated: New York, New York
      August 5, 2021

By: *DEBORAH DEL SORDO* /S/

_____

**DEBORAH DELSORDO, ESQ. [0404]**
AHMUTY, DEMERS & McMANUS, ESQS.
Attorneys for Defendant
**DONALD NEUBAUER and**
**COVENTBRIDGE GROUP (USA) Inc.,**
199 Water Street, 16th Floor
New York, New York 10038
Tel: (646) 536 - 5740
Our File No.: CHU0448N21DD

Defendants Neubauer and CoventBridge's Motion to Dismiss the First Amended Complaint (Dkt. No. 33) is denied as moot due to Plaintiff's filing of the Second Amended Complaint (Dkt. No. 34).  The briefing schedule for Defendants Neubauer and CoventBridge's Motion to Dismiss the Second Amended Complaint is outlined in the Order at Dkt. No. 45.

The Clerk of Court is directed to close the instant Motion (Dkt. No. 33).  Defendants are to mail a copy of this memo endorsement to Plaintiff.

So Ordered.

White Plains, NY
October 21, 2021