UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AASIR AZZARMI,

                                     Plaintiff,              **ORDER**

            -against-                                        20 Civ. 9155 (KMK)(JCM)


SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., *et al.*,

                                     Defendants.
------------------------------------------------------------------X

The parties appeared at a Telephone Conference on March 26, 2026 to discuss several pending discovery disputes raised by Plaintiff and Defendants. (*See* Docket Nos. 173, 175, and 177). The Court heard oral argument and made the following rulings.

**I. Docket No. 173:**

1. By **March 27, 2026**, Defendants are directed to submit a letter to the Court setting forth their position regarding Plaintiff's refusal to answer certain deposition questions based on her invocation of the Fifth Amendment, including the specific questions that were asked at the deposition to which the Plaintiff pleaded the Fifth. Plaintiff is directed to respond to this letter by **April 6, 2026**. Simultaneously, Defendants shall also provide a copy of the full deposition transcript to Chambers via e-mail.

2. By **March 31, 2026**, Defendants are directed to provide Plaintiff with a formal letter requesting the specific documents she identified at her deposition that Defendants believe they are entitled to. Plaintiff is directed to produce the documents enumerated in the letter by **April 6, 2026**.

1

3. By **April 6, 2026,** Plaintiff is directed to produce all documents in her possession relating to any encounters between Plaintiff and the Port Authority police and/or arrests of Plaintiff by the Port Authority Police that she believes Defendants were involved in.

## II. Docket Nos. 175 and 177:

1. Plaintiff's request for Defendants to produce a privilege log is granted. Defendants are directed to supplement their production and provide a privilege log by **March 31, 2026**. Plaintiff's requests for the Court (1) to deem the privilege waived due to Defendants' delay in producing a privilege log; and (2) to conduct an *in camera* review, are denied.

2. Defendants are directed to provide any missing contact information, if available, for the witnesses it has identified as a "person with knowledge" in its disclosures, by **March 31, 2026**.

3. Defendants are directed to provide the declaration sheet of the insurance policy at issue by **March 31, 2026**.

4. Plaintiff's fifth and sixth sets of Requests to Admit are overbroad and unduly burdensome. Therefore, Defendants do not need to respond to them.

5. Plaintiff is directed to provide Defendants with a formal letter, identifying with specificity, any deficiencies in their responses or document production by **April 6, 2026**.

The parties are directed to submit a joint letter by **April 10, 2026** regarding the status of discovery and their positions regarding any remaining issues, if any.

The Clerk of Court is respectfully requested to grant in part and deny in part Plaintiff's motion to compel (Docket No. 175).

Dated: March 27, 2026
      White Plains, New York

                                     **SO ORDERED:**

                                       JUDITH C. McCARTHY
                                       United States Magistrate Judge