UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
AASIR AZZARMI,

                        Plaintiff,                   **ORDER**

    -against-                            20 Civ. 9155 (KMK)(JCM)

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., *et al.*,

                        Defendants.
--------------------------------------------------------------------X

      On March 27, 2026, the Court issued an Order directing, in part, that the parties "submit a joint letter by April 10, 2026 regarding the status of discovery." (Docket No. 178). To date, no joint letter has been filed. Thus, the parties are directed to comply with the Court's Order, and, by no later than April 23, 2026, submit a joint status letter in accordance with the Court's prior directive.

Dated: April 16, 2026
      White Plains, New York

                                  **SO ORDERED:**

                                    _____
                                    JUDITH C. McCARTHY
                                    United States Magistrate Judge