UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AASIR AZZARMI,

                              Plaintiff,           **ORDER**

    -against-                            20 Civ. 9155 (KMK)(JCM)

SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC., *et al.*,

                             Defendants.
-----------------------------------------------------------X

Defendants are directed to file Plaintiff's deposition transcript under seal.


Dated: April 21, 2026
       White Plains, New York

                                **SO ORDERED:**

                                JUDITH C. McCARTHY
                                United States Magistrate Judge