LEWIS BRISBOIS

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

July 17, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
Federal Building and U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re: *Azzarmi v. CoventBridge (USA), Inc. et al.*
Case No. 20-cv-9155(KMK)

Dear Judge Karas:

Defendants plan to file their motion for summary judgment on July 20, 2026. Pursuant to Your Honor's Individual Rule of Practice IX, Defendants hereby request leave to file under seal portions of the following documents; (1) Plaintiff's September 5 and October 3, 2018 Workers' Compensation Board hearing testimony, and (2) Plaintiff's March 11, 2026 deposition transcript in this case. Those transcripts will attached as exhibits to the moving declaration of Peter T. Shapiro. Defendants seek to file portions of these exhibits under seal because they contain discussion of Plaintiff's medical conditions, treatment history, and sensitive topics concerning Plaintiff's alleged emotional distress damages.

Defendants reached out to Plaintiff to inquire whether she wanted this testimony to be filed under seal, and she confirmed her desire for sealing. Sealing is appropriate as public disclosure of this information would unnecessarily reveal private medical information and sensitive personal information that bears little relevance to the public's understanding of the issues before the Court. Defendants therefore respectfully submit that Plaintiff's privacy interests outweigh the limited public interest in access to these portions of the transcripts and request permission to file the transcripts under seal, or, alternatively, with narrowly tailored redactions limited to the sensitive information described above.

Defendants propose filing redacted versions of the exhibits on the public docket, and would also file unredacted versions of all documents identified under seal pursuant to the Court's rules. We would appreciate the Court's issuance of an order approving the filing under seal.

We thank the Court for its attention to this matter.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

The sealing proposal discussed herein is approved. The Clerk is respectfully directed to mail this document to Plaintiff.

So Ordered.

7/20/26

cc: Plaintiff Aasir Azzarmi, *Pro Se* (via ECF and Email)